# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LAYNE FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-1334-JPH-TAB |
| ) | |
| JENNIFER WALTHALL, in her official ) | |
| capacity as the Secretary of the Family and ) | |
| Social Services Administration, et al, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO STAY

Plaintiff, by counsel, Nikki G. Gray, and Defendants, by counsel, Sarah H. Shields, respectfully urge the Court to stay the briefing schedule in this matter pending the outcome of the settlement conference set for September 11, 2019. In support, the parties state as follows:

1. Pursuant to the July 15, 2019 scheduling order, Defendants are to file the administrative record on or before August 15, 2019. (ECF 17.)

2. Once the administrative record is filed, Plaintiff shall have 30 days within which to file her brief and Defendants shall then file a response within 30 days of Plaintiff's filing. (ECF 17.)

3. Defendants, by counsel, will file the administrative record on the date of this filing, August 15, 2019, making Plaintiff's brief in support of her petition due on or before September 16, 2019, which date has not yet passed.

4. As directed by the Court's scheduling order, Plaintiff and Defendants have exchanged their respective settlement positions and have agreed to attend a settlement conference to negotiate in good faith.

5. As such, the Court set this matter for a settlement conference at 9:00 a.m. on September 11, 2019. (ECF 18.)

6. Should the parties be unable to resolve this matter, Plaintiff will file her brief within 30 days after the September 11, 2019 settlement conference. Defendants shall file their response brief within 30 days after Plaintiff files her brief. Plaintiff shall file any reply brief within 15 days after Defendants file their response brief.

WHEREFORE, the parties respectfully urge the Court to stay the briefing schedule of the July 15, 2019 Scheduling Order until the parties have completed the September 11, 2019 settlement conference.

Respectfully submitted,

| *Nikki G. Gray* | *Sarah H. Shields* |
|---|---|
| Nikki G. Gray | Sarah H. Shields |
| Staff Attorney | Deputy Attorney General |
| Indiana Disability Rights | Atty. No. 34064-49 |
| Atty. No. 31209-49 | Attorney for Defendants |
| Attorney for Plaintiff | |