UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAYNE FRANKLIN, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER WALTHALL in her official capacity as the Secretary of the Family and Social Services Administration, <br> THERESA KOLESZAR in her official capacity as Director of the Bureau of Rehabilitation Services and Vocational Rehabilitation Services, <br> KYLEE HOPE in her official capacity as Director of the Division of Disability and Rehabilitative Services, <br> FAMILY AND SOCIAL SERVICES ADMINISTRATION OF INDIANA, <br> DIVISION OF DISABILITY AND REHABILITATIVE SERVICES, <br> BUREAU OF REHABILITATION SERVICES/VOCATIONAL REHABILITATION SERVICES, <br><br> Defendants. | No. 1:19-cv-01334-JPH-TAB |

**ORDER ON JANUARY 21, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel January 21, 2020, for a telephonic status conference. Discussion was held regarding settlement. The February 1, 2020, deadline to file a stipulation of dismissal stands as ordered.

Date:  1/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email