**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| LAYNE FRANKLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENNIFER WALTHALL, in her official capacity as ) <br> the Secretary of the Family and Social Services ) <br> Administration, *et al.*, ) <br> ) <br> Defendants. ) | Case No. <br> 1:19-cv-01334-JPH-TAB |

**PARTIES' JOINT STIPULATION OF DISMISSAL**

Plaintiff Layne Franklin and Respondents Jennifer Sullivan, née Walthall, Kylee Hope, and Theresa Koleszar, in their official capacities as agents of the State of Indiana, hereby file their Joint Stipulation of Dismissal of Plaintiff's Complaint pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Emily Munson
Emily Munson
Nikki Gray
INDIANA DISABILITY RIGHTS
4701 N. Keystone Ave., Suite 222
Indianapolis, IN 46205
Phone: 317-722-3473
emunson1@indianadisabilityrights.org

*Attorneys for Petitioner*

/s/ Sarah Shields
Sarah Shields
Meredith McCutcheon
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
Fifth Floor
301 West Washington St.
Indianapolis, IN 46204
Phone: 317-234-6685
sarah.shields@atg.in.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 4th day of February, 2020, a copy of the **JOINT STPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system, CM/ECF to counsel of record.

                                                  <u>/s/ Emily Munson</u>
                                                  Emily Munson